IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELANEY'S DEVELOPMENT, INC., *et al.*, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: 11-00277-KD-B |
| | ) |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, INC., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' joint "Stipulation of [Voluntary] Dismissal" with prejudice of the Plaintiffs' case against Defendant Westchester Surplus Lines Insurance Company and Defendant Landmark American Insurance Company. (Doc. 29). Because the parties jointly filed a Stipulation of Voluntary Dismissal, which is signed by all parties, the Court construes the dismissal as one filed pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice** as to Defendant Westchester Surplus Lines Insurance Company and Defendant Landmark American Insurance Company**.**

Nothing in this Order shall be construed as dismissing the Plaintiffs' claims against the remaining Defendant Essex Insurance Company.

**DONE** and **ORDERED** this the **18th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**